## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:25-CV-22123-RKA

Plaintiff:
**VISHWA P. SOOKLALL**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**


CWO2025011957

For:
MARK HANSON
MORGAN & MORGAN
1700 PALM BEACH LAKES BLVD., SUITE 500
WEST PALM BEACH, FL 33401

Received by CW Services & Associates, Inc. on the 8th day of May, 2025 at 12:15 pm to be served on **NCL (BAHAMAS) LTD., DANIEL S. FARKAS, ESQ., REGISTERED AGENT, 7665 CORPORATE CENTER DRIVE, MIAMI, FL 33126**.

I, Alberto Rivera, do hereby affirm that on the **13th day of May, 2025** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **MALENA DELGADO** as **LEGAL ASSISTANT / AUTHORIZED EMPLOYEE** for **NCL (BAHAMAS) LTD.**, at the address of: **NCL,, 7300 CORPORATE CENTER DRIVE, MIAMI, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: WHITE, Height: 5'2, Weight: 120, Hair: LT BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.  No notary required per FL. Stat. 92.525(2).

**Alberto Rivera**
C.P.S. # 1921

**CW Services & Associates, Inc.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: CWO-2025011957
Ref: VER2025000734

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VISHWA P. SOOKLALL<br>*Plaintiff(s)*<br>v.<br>NCL (BAHAMAS) LTD., A BERMUDA COMPANY<br>*Defendant(s)* | Civil Action No. 1:25-cv-22123-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL (BAHAMAS) LTD., A BERMUDA COMPANY
DANIEL S. FARKAS, ESQ. (REGISTERED AGENT)
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark R. Hanson, Esquire
Morgan and Morgan
1700 Palm Beach Lakes Blvd, Suite 500, West Palm Beach, FL 33401
T: (561) 341-8905; F: (561) 341-8930
Mark.Hanson@forthepeople.com; Vanessa.Novoa@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: May 8, 2025

Angela E. Noble
Clerk of Court

s/ Clifford Charles
Deputy Clerk
U.S. District Courts